■ RONALD STONE, Appellant, v MICHAEL S. LANDES et al., Respondents.—Order, Supreme Court, New York County (Richard Wallach, J.), entered on August 30, 1985, unanimously affirmed for the reasons stated by Richard Wallach, J. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Fein, Lynch, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN SANCHEZ, Appellant.—Judgment, Supreme Court, Bronx County (Rena Uviller, J.), rendered on September 13, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Fein, Lynch, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARMEN ROSARIO, Appellant.—Judgment, Supreme Court, Bronx County (Archie Gorfinkel, J.), rendered on May 24, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Asch, Kassal, Rosenberger and Wallach, JJ.